

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Texarkana Nursing & Healthcare Center, LLC, Appellant

No. 06-12-00067-CV      v.

Susan Lyle, Independent Guardian of Betty Ruth Vest, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 11C1230-202). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the order of the court below. It is ordered with respect to Lyle's direct liability claim regarding alleged failure to provide a safe and secure environment for Vest, that the order of the trial court is reversed and remanded for a determination by the trial court as to whether to grant a thirty-day extension to cure the standard of care, breach and causation deficiencies. It is ordered, with respect to Lyle's vicarious liability claims, that the trial court's order denying Texarkana Nursing's motion to dismiss as to those claims is reversed and we render judgment dismissing Lyle's vicarious liability claims.

We further order that the appellee, Texarkana Nursing & Healthcare Center, LLC, pay one-half of the costs of this appeal, and Susan Lyle pay one-half of the costs of this appeal.

RENDERED DECEMBER 14, 2012
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk